IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00210-BO

| | |
|---|---|
| VALDA RICHARD obo E.S., <br> Plaintiff, <br> <br> v. <br> <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> <br> Defendant. | ORDER FOR PAYMENT OF <br> ATTONEY FEES UNDER THE <br> EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Evan Lewis, and mailed to his office at Evan Lewis Law, P.O. Box 187, Washington, NC 27889, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __12__ day of December, 2022

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE