IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00155-BO

| | |
|---|---|
| VALDA RICHARD ON BEHALF OF E.R.T.S., <br> Plaintiff, <br> v. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> Defendant. | ORDER FOR PAYMENT OF ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) |

Upon Plaintiff's Counsel's motion for an award of attorney's fees under 42 U.S.C. § 406(b), it is ORDERED that Defendant pay to Plaintiff counsel $7,367.53 in attorney's fees out of past due benefits owed by defendant to Plaintiff's minor grandson, in full satisfaction of any and all claims arising under the 42 U.S.C. § 406(b). Payment will be made by check payable to Plaintiff's counsel, Evan Lewis, and mailed to his office at Evan Lewis Law, P.O. Box 187, Washington, NC 27889, and counsel will then remit to Plaintiff the lesser of this award and any attorney's fees award to plaintiff herein under the Equal Access to Justice Act.

SO ORDERED this 12 day of December, 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE